

**OLIVER PRICE & RHODES**
Attorneys at Law

1212 South Abington Road
P.O. Box 240
Clarks Summit, Pennsylvania 18411
Phone: (570) 585-1200
Fax: (570) 585-5100
e-mail: attys@oprlaw.com
Website: www.oprlaw.com

Paul D. Horger
Robert P. Browning
Dorrance R. Belin
Joseph A. O'Brien
Alfred J. Weinschenk
James W. Reid
John R. O'Brien
James J. Gillotti
William F. Dunstone
Jane M. Carlonas
Karoline Mehalchick

Of Counsel:
Paul H. Price
Daniel J. Houlihan
Mary T. Gardier Paterson

August 11, 2006

**VIA ECF**

The Honorable A. Richard Caputo
United States District Court
Middle District of Pennsylvania
U.S. Post Office and Courthouse
Scranton, PA 18501

    RE:    Ariel Land Owners, Inc. v. Dring and Asaro
             3:01-CV-0294

Dear Judge Caputo:

    Per discussion at the Pretrial Conference in the above matter, counsel and the Court, along with a Court Reporter, will meet at Lake Ariel at 9:15 a.m. on Monday, August 14, 2006, so that the Court may view the lake and the areas in dispute. It is counsels' understanding that the Court will arrange for a Court Reporter. Attorney O'Brien has arranged for a van to meet us so that we can view the lake in one vehicle. Counsel for all parties has agreed to meet at the Lake Ariel branch of Pennstar Bank. Directions to this location are attached hereto.

    In the event of inclement weather, it is counsels' understanding that the Court will contact counsel via cell phone to cancel or reschedule the view.

    If you have any questions, please feel free to contact me.

    Very truly yours,

    OLIVER, PRICE & RHODES

    Karoline Mehalchick

KM/dpf

cc:    Garry S. Taroli, Esq. (via ECF)
       Michael Profita, Esq. (via ECF)
       David K. Brown, Esq. (via e-mail)